IN THE CIRCUIT COURT FOR Allegany County

(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☒PLAINTIFF   ☐DEFENDANT   CASE NUMBER C-01-CV-20-000250

(Clerk to insert)

CASE NAME: Lois Gates _____ vs. Evitts Resort, LLC, et al

Plaintiff        Defendant

PARTY'S NAME: Lois Gates      PHONE: 814.495.5608

PARTY'S ADDRESS: PO Box 5, 140 Walnut Street, Wilmore, PA 15962

PARTY'S E-MAIL: snipsnap04@windstream.net

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: Robert L. Allen      PHONE: 301.387.2800

PARTY'S ATTORNEY'S ADDRESS: 25254B Garrett Hwy, McHenry, MD 21541

PARTY'S ATTORNEY'S E-MAIL: boballen726@gmail.com

JURY DEMAND? ☐Yes ☐No

RELATED CASE PENDING? ☐Yes ☒No If yes, Case #(s), if known:_____

ANTICIPATED LENGTH OF TRIAL?: ____hours 1-2 days

### PLEADING TYPE

New Case: ☒Original    ☐Administrative Appeal    ☐Appeal

Existing Case: ☐Post-Judgment    ☐Amendment

*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt:____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☒ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)        Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☒ Damages-Compensatory
- ☐ Damages-Punitive

- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default

- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment

- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated **Liability** above,* mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐Liability is conceded.  ☐Liability is not conceded, but is not seriously in dispute. ☒Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000      ☐ $10,000 - $30,000      ☒ $30,000 - $100,000      ☐ Over $100,000

☒ Medical Bills $ _30 k_      ☐ Wage Loss $ _____      ☐ Property Damages $ _____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101?  (Check all that apply)

A. Mediation        ☒Yes   ☐No          C. Settlement Conference   ☒Yes   ☐No
B. Arbitration      ☐Yes   ☐No          D. Neutral Evaluation      ☐Yes   ☐No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*        ***(Case will be tracked accordingly)***

☐ 1/2 day of trial or less          ☒ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions,*** *if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of          ☐ **Standard** - Trial within 18 months of
Defendant's response                                Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

08/19/20
_____
Date

25254B Garrett Hwy
_____
Address

McHenry _____ MD ___ 21541 ___
City              State      Zip Code

_____
Signature of Counsel / Party

Robert L. Allen       CPF#0006210006
_____
Printed Name

boballen726@gmail.com

CC-DCM-002 (Rev. 04/2017)                    Page 3 of 3

IN THE CIRCUIT COURT FOR ALLEGANY COUNTY, MARYLAND

LOIS GATES

      Plaintiff

      v.

EVITTS RESORT, LLC ,

LAKES ENTERTAINMENT Inc.
6595 S. JONES BLVD.
LAS VEGAS NV 89118

dba

ROCKY GAP CASINO RESORT
16701 LAKEVIEW ROAD
FLINTSTONE, MD 21530

And the

STATE OF MARYLAND

State of Maryland Treasurer's Office
Louis L. Goldstein Treasury Building
80 Calvert Street, Room 109
Annapolis, Maryland 21401

      Defendants

C-01-CV-20-000250

## COMPLAINT

Plaintiff, Lois Gates, and by and through her attorney, Robert L. Allen, Esquire and demands damages from the Defendants, Evitts Resort, LLC, Sean Timothy Higgins, dba Rocky Gap Casino Resort, and in support thereof states as follows in support of this lawsuit:

1. That the Plaintiff, Lois Gates, is an adult citizen of the State of Pennsylvania and a resident of Allegany County.

2. That the Defendants are various representations of Rocky Gap Casino Resort, hereinafter referred to as "Defendant," is a corporation doing business in Maryland, who owned and/or managed the premises known as the Rocky Gap Casino Resort in Flintstone, Maryland.

3.  The Defendant is Evitts Resort, LLC, 6595 S. Jones Blvd., Las Vegas Nevada 89118 and or Lakes Entertainment Incorporated.

4.  The State of Maryland is the owner of the premises and is currently believed to be the lessor of the subject property to the above referenced defendants.

5.  That on or about June 20th, 2017, the Plaintiff was walking on a premises owned and managed by the Defendants, Evitts Resort, LLC, and doing business as the Rocky Gap Casino Resort, as she was leaving and at that same time and place, the sidewalk was mis-aligned and in violation of architectural standards which caused the Plaintiff to slip and fall, causing her severe injuries more fully described below.

6.  Prior to her fall, it is believed and averred that the Defendant had notice that the sidewalk had caused many falls and that it was a noticeable defect in that the concrete sections had elevation distances that were too high.

7.  The Defendant was deficient in not properly maintaining the sidewalk and was not maintaining the sidewalk properly.

8.  During the fall, the Plaintiff suffered epistaxis, nasal fracture, ecchymosis over left eye,

9.  Solely as a result of the injuries aforementioned, the Plaintiff has incurred damages, including:

    a.  Medical expenses;

    b.  She has, may, and probably will for an indefinite time in the future suffer great pain, inconvenience, embarrassment, and mental anguish;

    c.  She has, may, and probably will for an indefinite time in the future be deprived of ordinary pleasures of life, loss of well-being, and equanimity; and

    d.  Her overall health, strength, and vitality have been greatly impaired.

## COUNT I

### NEGLIGENCE OF THE DEFENDANT

10. The Plaintiff incorporates herein by reference hereto the allegations of Paragraphs 1 through 8 above as if more fully set forth herein at length.

11. The aforesaid incident occurred as a result of and was proximately caused by the careless, negligent, grossly careless, and reckless conduct of the Defendants, which consisted inter alia of the following particulars:

    a. Failing to properly supervise the common areas in question so as to furnish to the Plaintiff, Lois Gates, a safe and hazard free walkway which were recognized or should have been recognized by Defendants., as causing or likely to cause the serious physical harm to the Plaintiff, Lois Gates, and others;

    b. Failing to maintain the premises owned by the Defendant in good and safe condition for the Plaintiff and others;

    c. Failing otherwise to comply with the applicable laws and regulations of the State of Maryland and the applicable Federal laws and regulations;

    d. Otherwise failing to exercise the degree of care required under the circumstances; and;

    e. Otherwise being negligent.

12. As a result of the aforesaid conduct and breach of care of the Defendant, Evitts Resort, LLC, dba Rocky Gap Casino Resort, Plaintiff sustained the injuries, losses, and damages which were more fully described above, without any negligence of the Plaintiff contributing thereto.

**WHEREFORE,** Plaintiff demands judgment against Defendant of an amount greater than $75,000.00 to be determined at trial, plus costs, pre-judgment interest, post-judgment interest, and for any further relief that this Honorable Court deems appropriate.

## COUNT II

## PREMISES LIABILITY

13. Plaintiffs incorporate by reference herein the allegations in Paragraphs 1 through 11 above, inclusive.

14. The Plaintiff, Lois Gates is an invitee and was permitted to be on the above referenced property for purposes related to the owner's or occupier's business.

15. The Defendants failed in their duty owed to an invitee to use ordinary care to see that those portions of the property that the invitee may be expected to use are safe.

16. The Plaintiff, Lois Gates suffered damages as set for below as a result of the Defendants failure to make their premises safe.

17. The Plaintiffs seek relief as set forth below.

**WHEREFORE,** Plaintiff demands judgment against Defendant of an amount greater than $75,000.00 to be determined at trial, plus costs, pre-judgment interest, post-judgment interest, and for any further relief that this Honorable Court deems appropriate.

Respectfully submitted,

/s/ electronically signed by
Robert L. Allen, Esquire
25254B Garrett Highway
McHenry, MD 21541
(301) 387-2800
**CPF#0006210006**